M. P. No. 76-457. RICKIE COCHRANE *v.* WILLIAM LAURIE, *Asst. Director of Adult Services.* Petition for writ of habeas corpus is granted for hearing on right of petitioner to be admitted to bail, and the writ shall issue forthwith. This case is assigned to February 8, 1977 at 9:30 a.m. for oral argument. Bevilacqua, C. J. not participating. *Bevilacqua & Cicilline, John F. Cicilline,* for petitioner. *Julius C. Michaelson,* Attorney General, *John R. McDermott,* Special Asst. Attorney General, for respondent.

Appeal No. 75-326. VIOLET M. CAVANAGH *v.* ROBERT D. CAVANAGH. On the court's own motion, the papers in this case are remanded to the Family Court for clarification of the record. The papers shall be returned to this court, in proper order, on or before January 31, 1977. *Breslin, Sweeney & Gordon, Robert H. Breslin, Jr.,* for petitioner. *George Ajootian,* for respondent.

Appeal No. 76-307. GAIL R. BROWN *v.* ALBERT H. BROWN. Motion to remand this case to Family Court so that a hearing may be held in that court is granted. After completion of the hearing the papers in this case shall be returned to this court forthwith. *Abedon, Stanzler, Biener, Skolnik & Lipsey, Howard I. Lipsey,* for plaintiff-appellee. *Hinckley, Allen, Salisbury & Parson, Paul A. Silver, Howard E. Walker,* for defendant-appellant.